O'Leary, for Member of State Committee of the 18th Assembly District, Kings County, New York (Male), Irene Lowenkron, for Member of State Committee, 18th Assembly District, Kings County, New York (Female), Candidates Aggrieved, Appellants. S. Howard Cohen, President of the Board of Elections in the City of New York, and Others, Constituting the Board of Elections in the City of New York, and Samuel Chavkin, Objector, Respondents, for an Order Declaring Valid, Proper and Legally Effective, the Designating Petition Filed with the Board of Elections Designating the Petitioners as Candidates for the Respective offices of Member of Assembly, 18th Assembly District, Kings County, New York, State Committeeman (Male), State Committeeman (Female), 18th Assembly District, Kings County, New York, and to Place Petitioners' Names on the Official Primary Ballot.— Order dismissing appellants' petition for an order directing the Board of Elections of the City of New York to place their names upon the Democratic primary ballot of the 18th Assembly District of Kings county for the primary election to be held on August 11, 1942, as candidates for nomination to certain offices of said Assembly District, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of Joseph Florke, as Candidate for Nomination of the American Labor Party for the Public Office of Member of Assembly from the First Assembly District, Nassau County; Henry Winter, Edward H. Markolf, Arthur R. Bentzig, E. M. Waring and Edward Marks, as Candidates for Election to the Party Positions of Members of State Committee of the American Labor Party from the First Assembly District, Nassau County; Henry Winter, Edward H. Markolf, Charlotte Hamlin, Edna Bugbee, Sophia Ruskay, as Candidates for Election to the Party Positions of Delegates to the State Convention of the American Labor Party; E. M. Waring, Edward Marks, Arthur R. Bentzig, Joseph Florke, and Alice Klein, as Candidates for Election to the Party Positions of Alternate Delegates to the State Convention of the American Labor Party; Henry Winter, Edward H. Markolf, Arthur R. Bentzig, E. M. Waring and Edward Marks, as Candidates for Election to the Party Positions of Delegates to the Second Judicial District Convention of the American Labor Party; and Sophia Ruskay, Alice Klein, Joseph Florke, Rose Marks and Charlotte Hamlin, as Candidates for Election to the Party Positions of Alternate Delegates to the Second Judicial District Convention of the American Labor Party, Petitioners, Respondents, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law of the State of New York, against William D. Meisser and Philip N. Krug, Commissioners of Elections of the County of Nassau, Constituting the Board of Elections of Nassau County, Respondents, and Marion Shapiro, Objector, Appellant, Declaring Valid and Legally Effective the Designating Petition Filed in the Office of the Clerk of the Board of Elections of Nassau County, Designating Petitioners as Candidates for Nomination of the American Labor Party for the Public Offices Hereinabove Specified and for Election to the Party Positions of the American Labor Party Hereinabove Set Forth from the First Assembly District, Nassau County.— Order reversed on the law, without costs, and the application denied, without costs, on the authority of Matter of Fales v. Meisser (ante, p. 949), decided herewith. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.